UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOE WILLIAM CLINE, III, MARY ANN CLINE, HARDSTOCK, LLC, AND DOMINION GROUP, LLC<br><br>Plaintiffs,<br><br>v.<br><br>HELLER DRAPER & HORN, LLC, DOUGLAS S. DRAPER, AND ABC INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 22-281 |

## ORDER

**HAVING CONSIDERED** Defendants Heller Draper & Horn, LLC and Douglas S. Draper (together, "Defendants"), through undersigned counsel, file this *Motion for Immediate Enforcement of General Order of Reference* (the "Motion to Enforce") and pursuant to General Order 2021-5, which provides that bankruptcy cases and proceedings under Title 11 of the United States Code or arising in or related to a case under Title 11 of the United States Code are automatically referred to the Bankruptcy Judges of this District. As stated in the notice of removal,[1] the above-captioned action arises in and/or is related to a case under Title 11 of the United States Code. Accordingly,

**IT IS ORDERED** that the above-captioned action be and hereby is **REFERRED** to the United States Bankruptcy Court for the Eastern District of Louisiana.

New Orleans, Louisiana, this 9th day of February, 2022.

---

[1] Rec. Doc. No. 1.

_____
UNITED STATES DISTRICT JUDGE

**CLERK'S OFFICE**
A TRUE COPY
Feb 10 2022
Courtney Ancar
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, LA

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
#### OFFICE OF THE CLERK

CAROL L. MICHEL  
CLERK

500 POYDRAS ST., ROOM C-151  
NEW ORLEANS, LA 70130

February 10, 2022

Clerk  
Louisiana Eastern District Bankruptcy Court  
500 Poydras St., Suite B-601  
New Orleans, La 70130

RE: In Re Dominion Group, LLC

Civil Action No. 22-281, L(1)  
Your No.19-12366, Adversary Proceeding 22-01002

Dear Sir:

    I am enclosing herewith a certified copy of an order entered by this court on 2/9/2022 remanding the above-entitled case to your court.

Very truly yours,

CAROL L. MICHEL, CLERK

By: _Courtney Tucan_  
      Deputy Clerk

Enclosure

Louisiana Eastern District Bankruptcy Court
500 Poydras St., Suite B-601
New Orleans, La 70130